**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anita Crider,<br><br>　　　　　Plaintiff,<br>vs.<br><br>AMF Bowling Centers Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-19-03710-PHX-SPL<br><br>**ORDER** |

  Plaintiff's counsel repeatedly failed to respond to Defendant's discovery requests. At a hearing on the issue, this Court gave Plaintiff until October 5, 2020 to respond to the discovery requests and warned that, if Plaintiff failed to timely respond, the case would be dismissed for lack of prosecution. (Doc. 35). Plaintiff did not timely respond. Defendant gave Plaintiff an additional extension until October 8 to respond to the discovery requests. (Doc. 39-1 at 2). Again, Plaintiff did not respond. On November 5, 2020, Defendant filed a Motion to Dismiss for Lack of Prosecution. (Doc. 39). Plaintiff did not timely respond to the Motion. Accordingly, the Court granted the Motion and dismissed the case. (Doc. 40).

  At issue is Plaintiff's untimely Response to Defendant's Motion to Dismiss (Doc. 41), which was filed after the Court already dismissed the action for failure to prosecute. Plaintiff's counsel now asserts Defense counsel should have been more diligent in communicating with him about the responses. But it is *Plaintiff*'s repeated failures to communicate with opposing counsel that mandates dismissal, not Defendant's. Plaintiff's counsel was on notice as of the discovery hearing that, if he was not diligent about getting

the responses to Defendant, the case would be dismissed—period. As Plaintiff's counsel points out, "[i]t would have been exceedingly simple to pick up the phone and call." (Doc. 41 at 4). The Court agrees. Plaintiff's counsel should have undertaken the "exceedingly simple" task of contacting Defense counsel to ensure the responses were received. He did not. The failure to even timely respond to the Motion to Dismiss only casts more doubt on Plaintiff's excuses and assertions that Defense counsel is to blame. Deadlines are deadlines. The case is now closed.

**IT IS THEREFORE ORDERED** that the Court shall take no action.

**IT IS FURTHER ORDERED** that this matter shall remain closed.

Dated this 23rd day of November, 2020.

Honorable Steven P. Logan
United States District Judge